JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE PORTER, et al., | Case No. CV 25-2709-GW-BFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| EQUITY RESIDENTIAL, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above captioned action is voluntarily dismissed in its entirety, with Plaintiffs dismissing their personal individual claims with prejudice and all other class claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE